1 PHILLIP A. TALBERT
United States Attorney
2 MICHELLE RODRIGUEZ
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 02:07-MJ-00227 EFB |
| 12 Plaintiff, | ORDER |
| 13 v. | |
| 14 JORGE ALBERTO MARTINEZ, JR., | |
| 15 Defendant. | |

18    The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 07-MJ-00227 EFB against defendant JORGE

20 ALBERTO MARINTEZ, JR. is GRANTED.

21 Dated: November 29, 2016

23 _____
KENDALL J. NEWMAN
24 UNITED STATES MAGISTRATE JUDGE

1